RECEIVED
IN LAKE CHARLES, LA

JAN 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 05 CR 20156 |
| VS. | : | JUDGE MINALDI |
| ADAM R. GARRICK | : | MAGISTRATE JUDGE WILSON |

## ORDER

IT IS HEREBY ORDERED that the trial of the above defendant set for February 12, 2007, is UPSET and RESET for March 5, 2007, at 10:00 a.m.

This court finds that an applicable exception under Section 3161(h)(8)(B)(iv) exists and it is the finding of this Court that after an "ends of justice" analysis, that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This continuance is necessary to perfect plea negotiations.

Lake Charles, Louisiana, this _24_ day of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE